# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF024
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41400 | $53,628.38 | 9/24/2024 | 1U2408609595 | 8/30/2024 | $53,628.38 |
| | 41400 | ($9,381.51) | 9/24/2024 | CM1U2409615650 | 9/18/2024 | ($9,381.51) |
| **Total Transfers** | **2** | **$44,246.87** | | | | **$44,246.87** |